UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JOSHUA MEREGILDO, :
:
Plaintiff, :
: 16-CV-7968 (JMF)
-v- :
: ORDER
UNITED STATES OF AMERICA, :
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     This case has been remanded to the undersigned to rule on Plaintiff's request for an extension of time to file a notice of appeal or to reopen the time to appeal. *See* ECF No. 26. If the Government opposes the motion, it shall file any opposition by **May 12, 2022**. Absent objection, the request for an extension will be extended as unopposed.

     SO ORDERED.

Dated: May 9, 2022
      New York, New York

                                     JESSE M. FURMAN
                                United States District Judge