UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSHUA MEREGILDO,                                                 :
:
                    Plaintiff,                   :
:      16-CV-7968 (JMF)
     -v-                                                         :
:      ORDER
UNITED STATES OF AMERICA,                                         :
:
                    Defendant.                   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Because this case is on appeal and there is nothing remaining for this Court to do, the Clerk of Court is directed to close the case. Any pending motions are moot. All conferences are vacated.

      SO ORDERED.

Dated: July 26, 2022
      New York, New York                  _____
                                                        JESSE M. FURMAN
                                                     United States District Judge